Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN AVANESSIAN,** | Case No. 2:11-cv-03336-MAN |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **LEGAL RECOVERY LAW OFFICES, INC., and CAPITAL ONE, NATIONAL ASSOCIATION,** | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of July, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Filed electronically on this 15th day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Margaret A. Nagle
United States District Court
Central District of California

Andrew Rundquist
Legal Recovery Law Offices
5030 Camino de la Siesta, Ste 340
San Diego CA 92108

This 15th day of July, 2011.

s/Todd M. Friedman
Todd M. Friedman