**Todd M. Friedman (216752)**
**Law Offices of Todd M. Friedman, P.C.**
**369 S. Doheny Dr. #415**
**Beverly Hills, CA 90211**
**Phone: 877 206-4741**
**Fax: 866 633-0228**
**tfriedman@attorneysforconsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN AVANESSIAN,** | ) Case No. 2:11-cv-03336-MAN |
| Plaintiff, | ) |
| | ) **JOINT STIPULATION TO** |
| vs. | ) **DISMISS WITH PREJUDICE** |
| | ) |
| **LEGAL RECOVERY LAW OFFICES, INC., and CAPITAL ONE, NATIONAL ASSOCIATION,** | ) |
| Defendants. | ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses.   A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 3rd day of October, 2011

By: s/Todd M. Friedman
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

By: s/Andrew Rundquist
    Legal Recovery Law Offices, Inc.
    Attorney for Defendant

Stipulation to Dismiss- 1

Filed electronically on this 3rd day of October, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Andrew Rundquist
Legal Recovery Law Offices
5030 Camino de la Siesta, Ste 340
San Diego CA 92108

This 3rd day of October, 2011.

s/Todd M. Friedman
Todd M. Friedman